Jason M. Silver (AZ Bar No. 016756) (Pro Hac Vice)
jsilver@silverlawplc.com
SILVER LAW PLC
7033 E. Greenway Parkway Suite 200
Scottsdale, Arizona 85254
Telephone: (480) 429-3360
Facsimile: (480) 429-3362
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | ) Case #2:21-cr-00021-GMN-NJK |
| Plaintiff, | ) |
| v. | ) |
| Dena Louise Snyder, | ) |
| Defendant. | ) |

## **ORDER**

Upon the Court's consideration of Defendant's "Unopposed Motion to Travel prior to Reporting for Sentence" to travel to Buhl, Minnesota on June 21, 2021 to drop off the contents of her office and her personal possessions and then to travel on June 27, 2021 to Centerville, Iowa to visit family and then on July 12, 2021 to return to Las Vegas, Nevada.

IT IS HEREBY ORDERED that Defendant be allowed to travel to Buhl, Minnesota and then Centerville, Iowa from June 21, 2021 through July 12, 2021.

Dated this __18__ day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court