Jason M. Silver (AZ Bar No. 016756) (Pro Hac Vice)
jsilver@silverlawplc.com
Suzanne M Warren (NV Bar No. 9002)
swarren@silverlawplc.com
SILVER LAW PLC
7033 E. Greenway Parkway Suite 200
Scottsdale, Arizona 85254
Telephone: (480) 429-3360
Facsimile: (480) 429-3362

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | ) Case #2:21-cr-00021-GMN-NJK |
| Plaintiff, | ) |
| | ) **DEFENDANT'S AMENDED UNOPPOSED MOTION TO TRAVEL PRIOR TO REPORTING FOR SENTENCE** |
| v. | ) |
| Dena Louise Snyder, | ) |
| Defendant. | ) |

COMES NOW, Defendant DENA LOUISE SNYDER, by and through undersigned counsel, Jason M. Silver, respectfully moves the Court for permission to travel for personal purposes prior to reporting for her sentence:

1. On May 12, 2021, the Defendant was sentenced to eight months in prison with a reporting date of July 16, 2021, to FCI Waseca in Minnesota. The request for travel is primarily to attend to personal matters, including finding shelter for her horse and dogs.

2. Defendant requests to travel via vehicle to Buhl, Minnesota on June 28, 2021 to drop off the contents of her office and her personal possessions and then to travel on July 5, 2021 to Centerville, Iowa to visit family until July 16, 2021

and then to travel back to Minnesota on July 16, 2021 to the reassigned designated institution at FCI Waseca in Minnesota.

3. AUSA Jessica Oliva does not oppose this request.

WHEREFORE, for the foregoing reasons, the Defendant respectfully moves this Court for an Order giving permission for travel to Buhl, Minnesota on June 28, 2021 to drop off the contents of her office and her personal possessions and then to travel on July 5, 2021 to Centerville, Iowa to visit family until July 16, 2021 and then to travel back to Minnesota on July 16, 2021 for reporting to designated institution at FCI Waseca in Minnesota.

RESPECTFULLY SUBMITTED this 17th day of June, 2021.

SILVER LAW PLC

By: *s:/ Suzanne M Warren*

Attorney for Defendant

**COPY** of the foregoing transmitted by ECF and email for filing this 17th day of June, 2021, to:

Clerk's Office
United States District Court
District of Nevada
333 Las Vegas Blvd. South
Las Vegas, NV 89101
Aaron_Blazevich@nvd.uscourts.gov

Jessica Oliva, Esq.
Assistant U.S. Attorney
District of Nevada
Attorney for Plaintiff
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
Jessica.oliva@usdoj.gov

1 | */s/    L. Chapman*
---|---

*/s/    L. Chapman*

Jason M. Silver (AZ Bar No. 016756) (Pro Hac Vice)
jsilver@silverlawplc.com
Suzanne M Warren (NV Bar No. 9002)
swarren@silverlawplc.com
SILVER LAW PLC
7033 E. Greenway Parkway Suite 200
Scottsdale, Arizona 85254
Telephone: (480) 429-3360
Facsimile: (480) 429-3362
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States of America, | ) Case #2:21-cr-00021-GMN-NJK |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| Dena Louise Snyder, | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon the Court's consideration of Defendant's "Amended Unopposed Motion to Travel prior to Reporting for Sentence" to travel to Buhl, Minnesota on June 28,2021 to drop off the contents of her office and her personal possessions and then to travel on July 5,2021 to Centerville, Iowa to visit family and then on July 16,2021 return to Minnesota for reporting to the reassigned facility and designation of FCI Waseca, Minnesota.

//
//
//
//

IT IS HEREBY ORDERED that Defendant be allowed to travel to Buhl, Minnesota and then Centerville, Iowa from June 28, 2021 through July 16, 2021.

Dated this __23__ day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court