# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

**PETITION FOR WARRANT**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Dena Louise Snyder**

Case Number: **2:21CR00021**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **May 12, 2021**

Original Offense: **Aiding and Assisting in the Preparation and Filing of a False Tax Return**

Original Sentence: **8 Month's prison, followed by one (1) year TSR.**

Date Supervision Commenced: **January 25, 2022**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

**PETITIONING THE COURT**

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Employment Restriction** - You must not engage in an occupation, business, or profession, or volunteer activity that would require or enable you to be involved in any type of tax preparation services without the prior approval of the probation officer.

   Through investigation conducted by the U.S Probation Office and the Internal Revenue Service (IRS), it was discovered that 13 tax returns were filed for the 2021 tax year under Dena Snyder's Preparer Tax Identification Number (PTIN). Her name, along with her personal email are also associated with these filings. The (IRS) received these filings between January 2022, up until September 2022.

RE: Dena Louise Snyder

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **January 19, 2023**

Digitally signed by Briana Casey
Date: 2023.01.19 15:13:38 -08'00'

Briana Casey
United States Probation Officer Assistant

Approved:



Digitally signed by Joy Gabonia
Date: 2023.01.19 15:08:41 -08'00'

**Joy Gabonia**
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐    No Action.
☒    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

Signature of Judicial Officer

January 20, 2023
Date

RE: Dena Louise Snyder

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. DENA LOUISE SNYDER, 2:21CR00021

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### January 19, 2023

By way of case history, Dena Louise Snyder was sentenced on May 12, 2021, to a term of eight (8) months imprisonment followed by one (1) year of supervised release for the offense of Aiding and Assisting in the Preparation and Filing of a False Tax Return, a Class E Felony. On January 25, 2022, Snyder commenced her supervised release term in the Southern District of Iowa. On March 23, 2022, Snyder returned to the District of Nevada, where she has remained. It should be noted Snyder is scheduled to expire from supervision on January 24, 2023.

As outlined in the petition, our office received correspondence from the Internal Revenue Service (IRS) that Snyder filed 13 tax returns for the 2021 tax year. Snyder's Preparer Tax Identification Number (PTIN) was intended to be revoked after sentencing but due to some malfunction with the IRS, her number was never revoked.

The undersigned instructed Snyder to report to the U.S Probation Office on January 10, 2023, to discuss these filings. At this meeting, Snyder denied filing any tax returns and agreed to sign the IRS tax form 8821 in order to disclose these filings to the probation office. Snyder is employed by Citizen Choice Mortgage as a Loan Coordinator. She relayed to the undersigned on this date that a woman named Maria Sanchez Jaquez, who works in the same office as Snyder, uses Snyder's Employer Identification Number (EIN) when filing taxes, but that Jaquez has her own PTIN. As it was explained by Snyder, Jaquez is now operating America's Business LLC and would have to dissolve the LLC to obtain a new EIN number. The undersigned inquired with the IRS about obtaining an EIN to which it was explained that these tax numbers are easily obtainable within a year of submission.

On January 11, 2023, the undersigned received the 2021 tax filings from the IRS. The filings revealed that all 13 of the filings were filed under Snyder's specific PTIN P01060867. This PTIN number is designated to an individual to prepare taxes and is not to be shared, per the IRS. Six (6) of the 13 filings were electronically filed, with seven (7) filings filed via paper. Five (5) filings were filed under Dena Snyder's name. Four (4) filings were made under an individual named, "Melvin Washington," three (3) of which were associated with Snyder's email. A total of five (5) filings were associated with Snyder's email DSN8162120@aol.com to which she communicates with the U.S Probation Office with frequently to complete reports and correspond with our office.

On January 17, 2023, the undersigned called several of the 13 individuals whose taxes were filed under Snyder. The undersigned gained contact with an individual named Antonio Mora. Per the IRS records, his 2021 tax return was received April 19, 2022, and was under the individual Melvin Washington's name, Snyder's PTIN, and the email DSN8162120@prontomail.com. The undersigned inquired if he knew Snyder to which he confirmed that she is his "tax lady" to

RE: Dena Louise Snyder

Prob12C
D/NV Form
Rev. March 2017

which he described Snyder as "a blonde lady in her late 50's." He was asked how he became to know her to which he stated that he previously received "a referral" and that Snyder had prepared his taxes in 2019. He further relayed that he had met Snyder in her office to prepare the taxes.

On the same date, another individual by the name of Rhonda Eidson was contacted by the undersigned. Eidson's 2021 taxes were received by the IRS on September 9, 2022, filed under Snyder's name and PTIN. She relayed that she has known Snyder for about 12 years and was referred to Snyder by Eidson's former employer. She relayed that she dropped her taxes off to Snyder's office and can't identify who specifically worked on her 2021 taxes, but that Eidson did ask Snyder several questions regarding her taxes to which Snyder answered. Eidson described Snyder as having "long brown hair, tattoos, heavy set, wears jeans and cowboy boots regularly."

On January 18, 2023, Snyder reported to the U.S Probation Office to discuss these filings further. Once again, Snyder denied any involvement in filing the 2021 taxes. The undersigned inquired if anyone has access to her personal email to which she stated that "the office girls" do. When inquired why they would, Snyder did not have an answer. Snyder was presented with the fact that all 13 filings were filed under her PTIN to which she stated she had "no idea how that could be." She then explained that "it would have to be" because her personal computer, at work, "holds the old filings" and "can only be accessed on that computer." Furthermore, stating that if it was done, she usually gets up from her chair and allows "one of the girls to take the driver seat." The undersigned inquired if she was beginning or finishing these filings to which she denied. Snyder noted that she is dissolving American Business LLC due to "this mix up."

At this time, our office is recommending revocation proceedings be initiated due to the Snyder's noncompliance reflected with the filing of 13 tax returns despite her supervised release condition enabling her from doing so. Should the Court have any questions or concerns the Probation Office will be available at the Court's discretion.

Respectfully submitted,

Digitally signed by
Briana Casey
Date: 2023.01.19
15:14:54 -08'00'

Briana Casey
United States Probation Officer Assistant

Approved:

Digitally signed by Joy Gabonia
Date: 2023.01.19 15:09:03
-08'00'

Joy Gabonia
Supervisory United States Probation Officer

AO 245B (Rev. 09/20)   Judgment in a Criminal Case
                       Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| DENA LOUISE SNYDER | ) | Case Number: 2:21-cr-00021-GMN-NJK-1 |
| | ) | USM Number: 29888-509 |
| | ) | Suzanne M. Warren and Jason M Silver, Retained |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   Count 1 in the Informtion, (ECF No. 11)

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Filing of a False Tax Return | 4/15/2016 | 1 |

The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/12/2021
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Gloria M. Navarro, Judge U.S. District Court
Name and Title of Judge

May 13, 2021
Date

AO 245B (Rev. 09/20)  Judgment in Criminal Case
    Sheet 2 — Imprisonment

Judgment — Page  2  of  7

DEFENDANT:   DENA LOUISE SNYDER
CASE NUMBER:   2:21-cr-00021-GMN-NJK-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
EIGHT (8) MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the Defendant serve her term of incarceration at a women's camp as close to Las Vegas, Nevada, as possible to be close to friends and her animals.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ before 2 p.m. on   7/16/2021 .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____  to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/20)  Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: DENA LOUISE SNYDER
CASE NUMBER: 2:21-cr-00021-GMN-NJK-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

ONE (1) YEAR

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/20)   Judgment in a Criminal Case
　　　　　　　　　　　Sheet 3A — Supervised Release

Judgment—Page __4__ of __7__

DEFENDANT: DENA LOUISE SNYDER
CASE NUMBER: 2:21-cr-00021-GMN-NJK-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the specific risks posed by your criminal record and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the specific risks posed by your criminal record.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/20) Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page 5 of 7

DEFENDANT: DENA LOUISE SNYDER
CASE NUMBER: 2:21-cr-00021-GMN-NJK-1

# SPECIAL CONDITIONS OF SUPERVISION

1. <u>Search and Seizure</u> – You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

2. <u>Employment Restriction</u> – You must not engage in an occupation, business, or profession, or volunteer activity that would require or enable you to be involved in any type of tax preparation services without the prior approval of the probation officer.

3. <u>Travel Authorization</u> – The defendant is authorized to travel to Buhl, Minnesota, and to reside between Buhl, Minnesota, and Las Vegas, Nevada, during her term of supervision, with prior approval of the probation officer.

AO 245B (Rev. 09/20)   Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties

Judgment — Page 6 of 7

DEFENDANT: DENA LOUISE SNYDER
CASE NUMBER: 2:21-cr-00021-GMN-NJK-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|--------|------------|-------------|------|------------------|-------------------|
| TOTALS | $ 100.00   | $           | $    | $                | $                 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---------------|---------------|---------------------|------------------------|
|               |               |                     |                        |

| TOTALS | $ 0.00 | $ 0.00 |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DENA LOUISE SNYDER
CASE NUMBER: 2:21-cr-00021-GMN-NJK-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __100.00__ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dena Louise Snyder | ) | Case No. 2:21CR00021 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Dena Louise Snyder, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Supervised Release Violation

Date: _____                                    _____
                                                                *Issuing officer's signature*

City and state: _____                          _____
                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                    _____
                                                                *Arresting officer's signature*

                                                                _____
                                                                *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   **Dena Louise Snyder**

Known aliases:   **Dena Snyder   Dena L. Snyder   Dean Louise Snyder**

Last known residence:   **244 Shoshone Lane Henderson, Nevada 89015**

Prior addresses to which defendant/offender may still have ties:   NA

Last known employment:   Citizen Choice Mortgage 6290 McLeod Drive Suite 100 Las Vegas, Nevada 89120

Last known telephone numbers:   **702****272-9220**

Place of birth:   **Fairfield, Iowa**

Date of birth:   **August 13, 1962**

Social Security number:   

Height:   **68**           Weight:   **Brown**

Sex:   **Female**          Race:   **White**

Hair:   **Brown**          Eyes:   **Brown**

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:   NA

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:   **372899KA2**

Complete description of auto:

Investigative agency and address:   **United States Probation Office 300 Las Vegas Blvd S. Suite 1200 Las Vegas, Nevada 89101**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:   **Briana Casey**
702-527-7266

Date of last contact with pretrial services or probation officer *(if applicable)*:   **01/18/2023**