JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
jessica.oliva@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00021-GMN-NJK |
| Plaintiff, | **Stipulation and Proposed Order to Modify Conditions of Release and Continue Revocation Hearing** |
| v. | |
| DENA SNYDER, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States

Attorney, through Jessica Oliva, Assistant United States Attorney; and Rene Valladares,

Federal Public Defender, through Joy Chen and Raquel Lazo, Assistant Federal Public

Defenders and counsel for Defendant Dena Snyder, that (1) the revocation hearing

scheduled for February 15, 2023 at 10:00 a.m., be vacated and set to a date and time

convenient to this Court, but no sooner than 28 days; and (2) the Defendant's Conditions of

Pre-Hearing Release be modified to add the following condition:

> The Defendant is restricted from going to any location where America's
> Business Concepts LLC and/or any of its successor company(ies)—including
> but not limited to The Advisors Business Solutions LLC—engage(s) in
> business, including but not limited to 2670 Chandler Avenue, Las Vegas,
> Nevada, 89120.

This stipulation is entered into for the following reasons:

1.      Counsel for the defendant require additional time to review discovery and conduct independent investigation, in order to determine whether there will be a contested evidentiary hearing in this revocation proceeding.

2.      The defendant is not in custody and does not object to the continuance.

3.      This is the first request for a continuance of the revocation hearing.

4.      The IRS began accepting individual tax returns for the 2022 tax year on January 23, 2023. The deadline to file a 2022 tax return or to request an extension is April 18, 2023. The parties recognize that it is thus currently peak tax season and will continue to be so until April 18, 2023.

5.      The defendant is accused of violating the terms of her supervised release by engaging in tax preparation services during the 2022 calendar year at the tax return preparation company, America's Business Concepts, LLC ("ABC"). ECF No. 34.

6.      On or about January 11, 2023, a company named The Advisors Business Solutions LLC was registered with the Nevada Secretary of State. According to the Defendant, this is the successor company to ABC. According to the Defendant, this successor company continues to offer tax preparation services at the same location as ABC at 2670 Chandler Avenue in Las Vegas, Nevada.

7.      The defendant is prohibited from engaging in employment in the field of tax preparation services as a condition of her pre-hearing bond. ECF No. 42 at 5. To the best of the parties' knowledge, the defendant has been compliant with this condition while on pretrial release, but the parties agree to the additional modification as an added precaution.

8.     The defendant states she is now working from home, and thus does not need to go to 2670 Chandler Avenue for purposes of work.

9.     Probation takes no position regarding this additional condition of pre-hearing release.

10.     Accordingly, the parties agree that the additional condition prohibiting the defendant from going to the business location for America's Business Concepts LLC and any successor company(ies), including The Advisors Business Solutions LLC, is an appropriate and necessary modification to the Defendant's Conditions of Release under 18 U.S.C. § 3145(a).


DATED this 14 day of February, 2023.

                                        Respectfully submitted,

RENE VALLADARES                          JASON M. FRIERSON
Federal Public Defender                  United States Attorney

/s/ Joy Chen_____                   /s/ Jessica Oliva_____
/s/ Raquel Lazo_____                  JESSICA OLIVA
JOY CHEN                                 Assistant United States Attorney
RAQUEL LAZO
Assistant Federal Public Defenders
Counsel for Defendant
Dena Snyder

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DENA SNYDER,

      Defendant.

Case No. 2:21-CR-00021-GMN-NJK

**[Proposed] Order Granting Stipulation to Modify Conditions of Release and Continue Revocation Hearing**

**FINDINGS OF FACT**

Based on the parties' stipulation to continue the revocation hearing date and modify the conditions of pre-hearing release, and good cause appearing therefore, the Court finds that:

    1.    Counsel for the defendant require additional time to review discovery and conduct independent investigation, in order to determine whether there will be a contested evidentiary hearing in this revocation proceeding.

    2.    The defendant is not in custody and does not object to the continuance.

    3.    This is the first request for a continuance of the revocation hearing.

    4.    The IRS began accepting individual tax returns for the 2022 tax year on January 23, 2023. The deadline to file a 2022 tax return or to request an extension is April 18, 2023. The parties recognize that it is thus currently peak tax season and will continue to be so until April 18, 2023.

1    5.    The defendant is accused of violating the terms of her supervised release by

2  engaging in tax preparation services during the 2022 calendar year at the tax return

3  preparation company, America's Business Concepts, LLC ("ABC"). ECF No. 34.

4    6.    On or about January 11, 2023, a company named The Advisors Business

5  Solutions LLC was registered with the Nevada Secretary of State. According to the

6  Defendant, this is the successor company to ABC. According to the Defendant, this

7  successor company continues to offer tax preparation services at the same location as ABC

8  at 2670 Chandler Avenue in Las Vegas, Nevada.

9    7.    The defendant is prohibited from engaging in employment in the field of tax

10  preparation services as a condition of her pre-hearing bond. ECF No. 42 at 5. To the best of

11  the parties' knowledge, the defendant has been compliant with this condition while on

12  pretrial release, but the parties agree to the additional modification as an added precaution.

13    8.    The defendant states she is now working from home, and thus does not need

14  to go to 2670 Chandler Avenue for purposes of work.

15    9.    Probation takes no position regarding this additional condition of pre-hearing

16  release.

17    10.    The following additional condition of pre-hearing release is an appropriate

18  and necessary modification to the Defendant's Conditions of Release under 18 U.S.C.

19  § 3145(a):

20         The Defendant is restricted from going to any location where
           America's Business Concepts LLC and/or any of its successor
21         company(ies)—including but not limited to The Advisors Business
           Solutions LLC—engage(s) in business, including but not limited to
22         2670 Chandler Avenue, Las Vegas, Nevada, 89120.

23

24

1

**ORDER**

2      IT IS HEREBY ORDERED that the revocation currently scheduled for February

3  15, 2023, at the hour of 10:00 a.m. be continued to ___March 15, 2023___ at the hour of

4  _9:00 AM_ in Las Vegas Courtroom 7D before Judge Gloria M. Navarro.

5      IT IS FURTHER ORDERED that the Defendant's Conditions of Pre-Hearing

6  Release are modified to add the following additional condition:

7          The Defendant is restricted from going to any location where
           America's Business Concepts LLC and/or any of its successor
8          company(ies)—including but not limited to The Advisors Business
           Solutions LLC—engage(s) in business, including but not limited to
9          2670 Chandler Avenue, Las Vegas, Nevada, 89120.

10

       DATED this __14__ day of February, 2023.

11

12                                    _____
                                      HONORABLE GLORIA M. NAVARRO
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

6